United States District Court
Southern District of Texas
**ENTERED**
March 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARYA RISK MANAGEMENT SYSTEMS, PVT. LTD., § § § Plaintiff, § § v. § § DUFOSSAT CAPITAL PUERTO RICO, § LLC; ASHTON SONIAT; and § DUFOSSAT CAPITAL, LP, § § Defendants. § | | CIVIL ACTION NO. H-16-3595 |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

**DEADLINES**

1. __MAY 26, 2017__  MOTIONS TO AMEND THE PLEADINGS

2. __MAY 26, 2017__  MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____  MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. __December 15, 2017__  Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. __Feb. 16, 2018__  Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. __MARCH 24, 2018__    COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____    LIMITS ON DISCOVERY
   _____
   _____
   _____
   _____.

8. __MARCH 16, 2018__    MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. __30 DAYS AFTER IMPASSE__    DISPOSITIVE MOTIONS

10. __MARCH 2, 2018__    ALL OTHER PRETRIAL MOTIONS

11. __MAY 5, 2018__    JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept separate versions of the pretrial order.

12. __MAY 12, 2018__    DOCKET CALL  No instrument filed within 7 days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.
    3:00 P.M.

__March 24, 2017__
DATE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE