IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARYA RISK MANAGEMENT SYSTEMS, PVT. LTD., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-3595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the court are Defendant Ashton Soniat's Objection to Amended Order of Magistrate Judge Nancy K. Johnson Finding Waiver of the Attorney-Client Privilege (Docket Entry No. 78) and Plaintiffs' Response to Defendant Ashton Soniat's Objection to Amended Order of Magistrate Judge Nancy K. Johnson (Docket Entry No. 79). The Magistrate Judge denied Defendant Ashton Soniat's Motion for Protective Order and Memorandum in Support (Docket Entry No. 38), Defendant Ashton Soniat's Supplemental Motion for Protective Order and Memorandum in Support (Docket Entry No. 40), Plaintiffs' Motion to Strike Declaration of Defendant Ashton Soniat in Support of his Reply to Plaintiff's Response to his Motion for Protective Order and Brief in Support (Docket Entry No. 46), and Defendant Ashton Soniat's Motion for Protective Order and Memorandum in Support Related to Mayer Brown Legal Opinion (Docket Entry No. 56).

This court must consider timely objections to a Magistrate Judge's order on a nondispositive matter. Fed. R. Civ. P. 72(a). The court will "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Id.; see also 28 U.S.C. § 636(b)(1)(A).

Having reviewed the Magistrate Judge's order and Plaintiff's objections thereto, the court concludes that the order is neither clearly erroneous nor contrary to law. Therefore, Plaintiff's objections are **OVERRULED**.

**SIGNED** in Houston, Texas, this 5th day of February, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE