# EXHIBIT A

```
                  IN THE UNITED STATES DISTRICT COURT

                  FOR THE SOUTHERN DISTRICT OF TEXAS

                           HOUSTON DIVISION

ARYA RISK MANAGEMENT          §    CASE NO. 4:16-cv-3595
SYSTEMS, PVT. LTD.            §    HOUSTON, TX
                              §    TUESDAY
VERSUS                        §    DECEMBER 18, 2018
                              §    10:00 A.M. TO 11:37 A.M.
DUFOSSAT CAPITAL PUERTO RICO, §
LLC et al.                    §

                            MOTION HEARING

              BEFORE THE HONORABLE NANCY JOHNSON
                   UNITED STATES DISTRICT JUDGE

                            APPEARANCES:

         FOR THE PARTIES:          SEE NEXT PAGE

         COURT REPORTER:           JENNIFER OLSON

         COURT CLERK:              SHANNON JONES
```

TRANSCRIPTION SERVICE BY:

Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel: 800-727-6396 ▼ Email: audiotrans-ny@veritext.com
www.veritext.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1                          APPEARANCES:

 2

 3   FOR THE PLAINTIFF:        HEYGOOD ORR & PEARSON
                               Eric D. Pearson
 4                             6363 N. State Hwy. 161
                               Suite 450
 5                             Irving, TX 75038
                               214-237-9001
 6

 7   FOR THE DEFENDANTS:       THE FORET LAW FIRM
                               Randall M. Foret
 8                             24624 N. I-45
                               Suite 200
 9                             Spring, TX 77386
                               281-719-1485
10
                               HUGHES ARRELL KINCHEN LLP
11                             Michael John Wynne
                               1221 McKinney St
12                             Suite 3150
                               Houston, TX 77010
13                             713-574-6514

14                    (APPEARING TELEPHONICALLY)

15   FOR THE PLAINTIFF:        CURNUTT & HAFER LLP
                               Kelly J. Curnutt
16                             Adam Alexander
                               101 East Park Row
17                             Arlington, TX 76010

18

19

20

21

22

23

24

25
```

1        HOUSTON, TEXAS; TUESDAY, DECEMBER 18, 2018; 10:00 A.M.

2             THE COURT:  Good morning, did someone else join
3    the line?
4             MR. CURNUTT:  This is Kelly Curnutt.
5             THE COURT:  Thank you.  Court will begin
6    shortly.
7             CLERK:  All rise.
8             THE COURT:  All right.  Good morning, everyone.
9    Please be seated.  All right, this is United States
10   District Court for the Southern District of Texas.  I'm
11   Magistrate Judge Nancy Johnson.  Who do we have?  We have
12   Mr. Pearson?
13            MR. PEARSON:  Good morning, Your Honor.
14            THE COURT:  Good morning.  Mr. Wynne?
15            MR. WYNNE:  Good morning, Your Honor.  And Mr.
16   Foret.
17            THE COURT:  Mr. Foret?
18            MR. WYNNE:  Yes, Your Honor.
19            THE COURT:  And?
20            MR. WYNNE:  Our client, Mr. Ashton Soniat.
21            THE COURT:  Ah, okay.  Good morning.  Now, I am
22   not going to address any of the pending Motions for
23   Summary Judgment.  I need to write on those.  But we need
24   to sort out sanctions before I can consider if there's any
25   admissible evidence for Summary Judgment.  So, this is

1   it's spoliated, and it's on you.
2           MR. PEARSON:  Well, I could -- Your Honor, I
3   understand.  But --
4           THE COURT:  You put a --
5           MR. PEARSON:  -- they're asking to have our --
6           THE COURT:  You put a server --
7           MR. PEARSON:  -- plead -- there are multiple
8   claims in this case that have nothing to do with the unit.
9           THE COURT:  -- in a dress box and shipped it from
10  India.
11          MR. PEARSON:  Your Honor --
12          THE COURT:  It is completely beyond negligence.
13  All right.
14          MR. WYNNE:  Your Honor --
15          MR. PEARSON:  I'm not finished yet.  If I could
16  keep going, that would be great.
17          THE COURT:  All right.  Mr. Wynne?
18          MR. WYNNE:  As I understand it from Mr. Townsend,
19  who could address this, their expert is not EMC certified
20  and is therefore not qualified to conduct this analysis.  If
21  the Court would entertain it, I would like Mr. Townsend to
22  be more specific.
23          THE COURT:  Well, the point is that it seems like
24  your side agrees we can't get the information.  If we try to
25  boot it up, the computer may fry and it'll be gone.  But

1  it's kind of gone anyway as I understand it, right, Mr.
2  Townsend?  So there's no harm in letting them try to boot it
3  up.  The point is that you need to be there, someone needs
4  to be there.
5          MR. PEARSON:  Right.  And obviously I'm not trying
6  to say we should take it and run off with it.  We'll do it
7  at Rarity's office if we can.
8          THE COURT:  Right.
9          MR. PEARSON:  But we -- you know, before we just
10 take their word for it that it's gone, we ought to be able
11 to determine that.
12         THE COURT:  Okay.
13         MR. PEARSON:  And I would just say lastly, Your
14 Honor, that I understand your concerns about spoliation.  I
15 would just say in closing that the remedy they're seeking of
16 striking pleadings is not appropriate under the facts here.
17 It's extreme.  There's much lesser sanctions that would be
18 available.
19         THE COURT:  Of course it's extreme.
20         MR. PEARSON:  There's much lesser sanctions that
21 would be available.
22         THE COURT:  Like what?
23         MR. PEARSON:  Like their whole compliant was we
24 can't tell because the unit's been destroyed or damaged,
25 whether your clients access the data on the unit or not.

Case 4:16-cv-03595   Document 204-1   Filed on 01/14/19 in TXSD   Page 7 of 8

Page 84

```
 1   responses to striking experts?
 2              THE COURT:  Correct.
 3              MR. FORET:  Okay, thank you, Your Honor.
 4              THE COURT:  Correct.  All right.  We are in
 5   recess.
 6
 7              (Hearing adjourned at 11:37 A.M.)
 8                        * * * * *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      C E R T I F I C A T I O N

 2

 3         I, Sonya Ledanski Hyde, certified that the foregoing

 4    transcript is a true and accurate record of the proceedings.

 5

 6    [signature: Sonya M. Ledanski Hyde]

 7

 8    Sonya Ledanski Hyde

 9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:   December 21, 2018
```