# EXHIBIT B

# RECOVERY
# Expert data recovery services

A disgruntled staff member decides to leave your company, but before they leave they sabotage the business by deleting critical data from both the file server as well as damaging the backups. **Are you prepared?**



### Recovery Services:
- Consumer Hard Drives
- Business Servers
- Mobile Devices
- Databases
- Unix
- Raid
- Tape Drives
- Flash & Solid State
- Storage Servers & Sans
- Optical Drives & More

Our **vast knowledge, diverse experience** and **ability to react fast** help to retrieve and restore your critical data, files and business.

## The Technology, Team and Facilities you can Trust

Data Analyzers is a national leader in data recovery services. Our passionate, certified Data Recovery and Computer Forensic Teams are equipped to handle even the most challenging cases.

Having one of the most sophisticated labs in the country, you will benefit from the many years of research & development that our Team of Computer Forensic Specialists & Data Recovery Experts have undertaken.

If you are looking for qualified Data Recovery services, then you have come to the right place. We will be glad to assist you with all of your data recovery needs. Including, RAID Servers, SSD's, hard drives smart phones and more.

### Why Choose Data Analyzers?
- Free Analysis
- Class 100 Cleanroom
- No Recovery No Fee
- Secure And Confidential
- Quick Service
- Certified Expert Techs
- Internationally Recognized

**Free consultations available**
Call 866-456-DATA or contact your local representative.


DATA ANALYZERS

# FORENSICS

## Concrete evidence. Solid testimony. Successful outcomes



One of your employees has been terminated due to several incidents of employee misconduct. The employee decided to file a lawsuit for wrongful termination. **Did you preserve any evidence from his/her computer and has it been collected in a matter where it is defensible in a court of law?**

### Forensic Services:
- Evidence Collection
- Forensic Investigation
- Evidence Preservation
- Expert Witness Services
- E-Discovery
- Mobile Forensics
- Incident Response
- Subject Matter Experts
- GPS Forensics
- Corporate Resolution

Our **vast knowledge, diverse experience** & **advanced technologies** recover and preserve lost or deleted data required for positive results.

Digital Forensic, Litigation Support and E-Discovery Experts

We provide firms with the professional investigative consulting expertise necessary to resolve conflict through fact-finding and critical analysis.

Identifying and locating critical evidence and testimony can make the difference between winning and losing a case. Our certified experts provide the data findings and testimony our clients need to prevail in their dispute.

We offer data collection, consulting services and expert witness testimonials for both civil and criminal cases to:

- Law Firms
- Corporations
- Private investigators
- Insurance companies
- Educational Institutions
- Financial Institutions
- Healthcare
- Individuals with Investigations

### Why Choose Data Analyzers?

- Cutting Edge Technologies
- Certified Experts
- Trial-experienced
- Evidence Preservation
- Professional
- Accountable
- Secure
- Multi-lingual

**Free consultations available**
Call 866-456-DATA or contact your local representative.



www.DatAnalyzers.com ■ www.ForensicAnalyzers.com ■ 866-456-DATA

# SECURITY
## Protect your critical data from attack

According to the FBI, Political Hacktivist groups such as Anonymous, extremist hacking groups and the identity theft black market continue to grow exponentially. **Are you prepared to defend your computer network and your client's data?**

### Security Services:
- Risk Assesment
- Identify Vulnerabilities
- Identify Threats
- Compliance Auditing
- HIPAA, GLBA, SOX or PCI-DSS
- Security Policy Creation
- Intrusion Testing
- Security Architecture
- Hardware Design
- Co-op With Your IT Staff

Our **vast knowledge, diverse experience** and **ability to react fast** keep your critical data safe from external and internal attacks

### The Technology, Team and Facilities you can Trust

Our certified Experts provide you with the most effective methodologies for Risk Assessment, regardless if you are a small business or a large Enterprise.

Our Security Consultants assist you in evaluating all external and internal risks, evaluate your current security hardware and policies - and provide a detailed report with recommendations and upgrades that can keep your data secure.

**Compliance issues or concerns?** We can assist you with your compliance concerns regardless if it's HIPAA, GLBA, SOX or PCI-DSS.

**Have a current IT staff?** Having an outside auditor assess your security has proven to be beneficial for companies that rely on keeping their client data safe from all internal and external threats.

### Why Choose Data Analyzers?
- Secure And Confidential
- Quick Service
- Compliance Accredited
- Hacker Tested
- Insightful Design
- Budget Conscious
- Certified Security Expert

**Free consultations available**
Call 866-456-DATA or contact your local representative.


DATA ANALYZERS

# E-DISCOVERY
## Collect and preserve your electronic files



**Capabilities Include:**
- Custodian & Data Identification
- Discovery Conferences
- ESI Preservation
- Full Scale Collections
- Targeted Collections
- Remote and Cloud Collection
- E-Discovery Processing & Culling
- DeNist and De-duplication
- TIFF Conversion and OCR
- Keyword Searches
- Load File Production

Our vast knowledge of ESI combined with our collection and processing capabilities will cut your review costs by significantly reducing the data to only the most responsive content for your litigation.

### The Technology, Team and Facilities you can Trust

Our team uses state of the art technology to collect ESI data from laptops, mobile phones, tablets, network server, external hard drives and tape backup media. In many cases ESI collection can also be performed remotely.

Let us provide you with the most efficient way to collect relevant data, which has been identified in a legal hold.

### Why Use Data Analyzers?

- Industry Leading Tools
- Certified Forensic Experts
- Cost Effective Pricing
- Intelligent Collection Practices
- Years of Corporate Data Recovery
- Litigation Support Leaders

**Free consultations available**
Call 866-456-DATA or contact your local representative.

