# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARYA RISK MANAGEMENT SYSTEMS, PVT. LTD. and WINCAB RISK SOLUTION, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:16-cv-03595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC, DUFOSSAT CAPITAL, LP, DUFOSSAT CAPITAL I, LLC, DUFOSSAT CAPITAL GP, LLC, and ASHTON SONIAT, | § § § § § § | |
| Defendants | § | JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| MANOJ GHAYALOD, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 4:16-cv-03595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC and ASHTON SONIAT, | § § § | |
| Defendants and Counter-Plaintiffs, | § § | |
| vs. | § § | |
| PALLAVI GHAYALOD, | § § | |
| Counter-Defendant | § | |

## DECLARATION OF ANDREW VON MARIN RAPP

My name is Andrew von Marin Rapp. I declare under penalty of perjury that I have personal knowledge of the facts stated herein, which are all true and correct.

1

1.     My name is Andrew von Marin Rapp.  I am over twenty-one years of age, am competent to make this Declaration, and have never been convicted of a felony or crime involving moral turpitude.

2.     I am the CEO and Founder of Data Analyzers, LLC, a professional service firm and consultancy whose principal place of business is in Lake Mary, Florida.  The focus of the practice is on delivering intelligent electronic discovery collection and advanced data recovery services to corporations, law firms and government entities.

3.     Data Analyzers has been retained to recover data from an EMC Storage device. Specifically the device in question is an EMC VNXe3150 storage processor. Such a product is fully proprietary and therefore a data recovery process from such device is significantly more complicated than performing data recovery from a typical business server such as a standard Dell PowerEdge or HP ProLiant server.

4.     EMC uses special disk block alignments and sector sizes which by default cannot be read by a standard windows, Apple or Linux computer system. In addition EMC uses a proprietary and complicated block storage solution and file system, which are not readable via any commercial type of software or platforms.

5.     General IT Service firms such as Rarity, which provide small and mid-sized businesses with IT support, usually do an excellent job at fulfilling these needs for their client base. However, data recovery services, especially when it goes beyond a simple recovery procedure, requires specialized training, specialized hardware and years of experience performing data recovery services. Most IT service firms do not have these expertise.

6.     Even IT service firms that advertise data recovery services will usually outsource this to a specialist such as Data Analyzers. Data Analyzers has been providing its expertise of

data recovery for a decade and has assisted corporations in retrieving data from failed EMC systems, even after EMC and other data recovery companies have deemed them unrecoverable.

7. Due to the proprietary nature of the EMC product line, such a data retrieval project requires a custom in-lab recovery utilizing proprietary tools, hardware and procedures. These services cannot be performed on site at Rarity's office by Data Analyzers, nor is Data Analyzers aware of any other third party company that would be able to perform such tasks without having the hard drives from the EMC VNXe3150 in their possession.

8. Hence, there is a necessity to remove the hard drives which are part of the EMC VNXe3150 hardware from Rarity's premise, in order to conduct a proper investigation and recovery attempt. Data Analyzers intends to only take in to possession the EMC VNXe3150 hard drives and the two Laptop computers in question. The hard drives from the EMC VNXe3150 are the drives of the hardware that contain all of the data stored on the device. These drives contain a latch, which allows for an easy, simple and non-invasive removal process. In essence the six identified hard drives are removable drives that one can slide into and out of the EMC's 12 drive slots as is depicted in the picture below:



9. Since we have been informed that Rarity has not managed to recover the data of the drives in the last six months from the EMC machine and have not forensically inspected the laptops in over two years It is our goal to provide court the contents of the EMC drives (assuming recoverable) for their analysis and to forensically inspect the laptops.

10. In a routine process, the hard drives are usually mailed to our lab, cushioned and protected in a shipping box with bubble wrap. Arya has requested to take an extra step of precaution by requesting Data Analyzer to send a technician in person to pick up the drives. Data Analyzers will fly to the premise of Rarity, identify the drives, remove and catalog them and place them in a secured container. All of these steps can be observed by a member of Rarity's staff. The technician dispatched by Data Analyzers will then take the secured devices in a carry-on bag onto the plane, without losing sight of the devices. Once the return flight has landed, the technician will immediately deliver the drives to the premise of Data Analyzers in Lake Mary, Florida.

11. I certify under the laws of the United States that the foregoing statements are true and correct and within my personal knowledge.

EXECUTED on January 14, 2019 at Lake Mary, Florida.

*/s/ Andrew von Marin Rapp*
Andre von Marin Rapp