IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARYA RISK MANAGEMENT SYSTEMS, PVT. LTD. and WINCAB RISK SOLUTION, LLC, <br> Plaintiff, | § § § § § | |
| v. | § | CASE NO. 4:16-cv-03595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC, DUFOSSAT CAPITAL, LP, DUFOSSAT CAPITAL I, LLC, DUFOSSAT CAPITAL GP, LLC, and ASHTON SONIAT, <br> Defendants | § § § § § § § | JURY TRIAL DEMANDED |
| MANOJ GHAYALOD <br> Plaintiff, | § § § | |
| v. | § | CASE NO. 4:16-cv-03595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC, and ASHTON SONIAT, Defendants / Counter-Plaintiffs | § § § § | |
| v. | § § | |
| PALLAVI GHAYALOD <br> Counter-Defendant | § § § § | |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL INSPECTION OF THE EMC UNIT AND RESPONSE TO DEFENDANTS' REQUEST FOR CONFIRMATION OF RULING**

On this day came to be heard Plaintiffs' Motion to Compel Inspection of the EMC Unit and Response to Defendants' Request for Confirmation of Ruling. After considering the Motion, the response and arguments of the parties, the record in this case, and the applicable law, the Court finds that the Motion should be, and is, GRANTED.

It is therefore ORDERED that:

Plaintiffs have the right to inspect and test the EMC unit to:

- determine if it is damaged;
- determine whether the data on the unit can be retrieved; and
- retrieve the data from the unit if possible.

IT IS FURTHER ORDERED, that Plaintiffs' technical consultant, Data Analyzers, may retrieve the EMC Unit's removable hard drives and transport them to Florida by plane for their analysis. Plaintiffs are ordered to provide Defendants with a copy of any data that is retrieved from the drives.

SO ORDERED,

Signed this _____ day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE