United States District Court
Southern District of Texas
**ENTERED**
April 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARYA RISK MANAGEMENT SYSTEMS, PVT. LTD., ET AL., *Plaintiffs,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:16-cv-3595 |
| DUFOSSAT CAPITAL PUERTO RICO, LLC, ET AL., *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 29, 2021 (ECF 323) and the Objections thereto (ECF 324), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's March 29, 2021 Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 19th day of April, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE